IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REBECCA WATTS AND MICHAEL WATTS,<br><br>Plaintiff,<br><br>vs.<br><br>HIMS INC, et al,<br><br>Defendants. | ) | Case No.: 4:26-cv-01292-JMD |

**MANDATORY CERTIFICATION REGARDING GENERATIVE AI INTELLIGENCE**

I, Adam M. Goffstein, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence, including quotations, citations, paraphrased assertions, and legal analysis, will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to the applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

August 17, 2026

Respectfully submitted,

GOFFSTEIN LAW, LLC

/s/Adam M. Goffstein
Adam M. Goffstein, #MO45611
7777 Bonhomme Avenue, Ste 1910
St. Louis, MO 63105
(314) 725-5151 Telephone
(314) 455-7278 Facsimile
adam@goffsteinlaw.com

Daniel J. Orlowsky, #MO57387
ORLOWSKY LAW, LLC
7777 Bonhomme Ave., Suite 1910
St. Louis, Missouri 63105
Phone: (314) 725-5151
Fax: (314) 455-7375
dan@orlowskylaw.com

Michael D. Garland, #MO74663
**GARLAND LAW, P.C.**
101 W. Argonne Ave. #202
Kirkwood, MO 63122
Tel: 314-332-6228
Email: michael@garlandlawpc.com

William Sasser, #MO44503
**Law Offices of William Sasser**
231 S Bemiston Ave Ste 850
PMB 787629
St. Louis, Missouri 63105

*Attorneys for Plaintiffs Watts*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of August, 2026, a copy of the foregoing was electronically filed with the Court's CM/ECF system and electronically served upon all attorneys of record:

James F. Bennett
M. Stacy Connelly
DOWD BENNETT LLP
jbennett@dowdbennett.com
sconnelly@dowdbennett.com

*Attorneys for Defendants Hims, Inc., Hims & Hers Health, Inc. and XeCare, LLC.*

Emily C. Baker (pro hac forthcoming)
Simon P. Hansen (pro hac forthcoming)
Scott M. Edson (pro hac forthcoming)
Alex J. Murphy (pro hac forthcoming)
JONES DAY
ecbaker@jonesday.com
shansen@jonesday.com
sedson@jonesday.com
ajmurphy@jonesday.com

*Attorneys for Defendants Hims, Inc., Hims & Hers Health, Inc. and XeCare, LLC.*

/s/Adam M. Goffstein